437 A.2d 1021

Johnson, et al., Appellants v. Ives, et al.

Argued December 1, 1980. Mark M. Wilcox, for appellants; Thomas A. Walrath, Sr., for appellees.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

437 A.2d 1022

Lauffer v. C. E. L. Trucking, Co., etc., et al.
Appeal of C. E. L. Trucking Co., a Pennsylvania
Corporation and C. E. Lizza, an individual.

Submitted November 10, 1980. George Shorall, for appellants; William J. Ober, for appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment affirmed.